UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-mj-03081-AOR

UNITED STATES OF AMERICA

v.

CALVIN ANTONIA ROBERSON, JR.
_____/

## COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? __Yes   X  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  __Yes   X  No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  __Yes   X  No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   /s/ Maria L. Catala
      Maria L. Catala
      Assistant United States Attorney
      Florida Bar No. 1000435
      United States Attorney's Office
      99 Northeast 4th Street
      Miami, FL. 33132-2111
      Tel: (305) 961-9180
      Maria.catala@usdoj.com

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>CALVIN ANTONIA ROBERSON, JR.,<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 1:20-mj-03081-AOR<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  July 1, 2020  in the county of  Miami-Dade  in the
Southern District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

FBI Task Force Officer Elio Garcia
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime.

Date: 7/2/20

*Judge's signature*

City and state: Miami, Florida

Hon. Alicia M. Otazo-Reyes, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Elio Garcia, being duly sworn, deposes and states as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Task Force Officer ("TFO") for the Federal Bureau of Investigation ("FBI") currently assigned to the Violent Crimes/Fugitive Task Force in the Miami Division. I have been an FBI TFO since May 2019. I am also a Robbery Detective for the Miami-Dade Police Department and have been assigned to the Robbery Bureau since March of 2003. I have received training in the investigations of robbery related crimes and the identification of subjects. As a Task Force Officer for the FBI, my current duties involve the investigation of a variety of violations of federal offenses, including bank robberies, Hobbs Act robberies, extortion, and other violations of federal law.

2. This affidavit is submitted in support of a criminal complaint charging CALVIN ANTONIA ROBERSON, JR. (ROBERSON) with bank robbery, in violation of Title 18, United States Code, Section 2113(a).

3. I respectfully submit that there is probable cause to believe that on July 1, 2020, ROBERSON did knowingly enter One United Bank, located at 3275 NW 79 Street, in Miami, Florida, with the intent to commit a felony affecting such bank, in violation of any statute of the United States, or with the intent to commit larceny.

4. The statements contained in this affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials and bank security personnel involved in this investigation. I have not included in this affidavit each and every fact known to me. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against ROBERSON for the above-described criminal violation.

## PROBABLE CAUSE

5. On July 1, 2020, at approximately 12:50 pm, a male carrying a blue bag, later identified as ROBERSON, entered the One United Bank, located at 3275 NW 79 Street, in Miami, Florida. One United Bank is insured by the Federal Deposit Insurance Corporation ("FDIC").

6. ROBERSON approached the victim teller and handed her a note that read, "I don't have a gun. Put the $400 in bag. I am not threatening you, or causing great bodily harm."

7. The victim teller engaged ROBERSON in conversation by asking him where she was going to get a bag from and ROBERSON replied by saying that if she wanted to call the police, she could call the police. ROBERSON stated that he was tired of being homeless.

8. The victim teller pressed the panic button and began to look around for assistance. A branch manager was walking behind the teller line; the victim teller handed him the note and requested that he read it. The victim teller then pressed the panic button a second time. The bank manager approached the customer counter and, after reading the demand note, pressed the panic button.

9. The bank manager engaged ROBERSON in conversation and invited him to move down the teller line, closer to the on-duty security guard. As the bank manager continued talking to ROBERSON, the security guard was alerted to the conversation and stood behind ROBERSON.

10. While ROBERSON was talking with the bank manager and security guard, the victim teller pressed the panic button again and went to the back room to call 911. When the victim returned from the back, law enforcement was at the bank, handcuffing ROBERSON. The branch manager and security guard were also present.

2

11. The images from the One United Bank surveillance system were printed and presented to the victim teller, the branch manager, and the security guard, and all three verified that the person pictured in the images (ROBERSON) was the person who attempted to rob the bank and the person just arrested.

12. ROBERSON was transported to the Miami-Dade Police Department Robbery Office where he was advised of his *Miranda* rights. ROBERSON agreed to waive his right to counsel and speak to law enforcement. ROBERSON advised that he knew why he was in custody. ROBERSON advised that he had previously done "something like this" in Atlanta, Georgia. ROBERSON stated that he wrote the demand note outside of the One United Bank and entered the bank. He then handed the teller the note and began talking to the manager. ROBERSON admitted that he knew that robbing a bank was a federal offense but stated that he was worth more in a federal penitentiary than out on the street.

13. The entire interview between ROBERSON and law enforcement was audio and video recorded.

14. ROBERSON was previously arrested in Atlanta, Georgia, for Bank robbery and was sentenced to a group home.

## CONCLUSION

15. Based on my training and experience, and as further supported by the facts in this affidavit, I respectfully submit that probable cause exists to charge ROBERSON with knowingly entering One United Bank, located at 3275 NW 79 Street, in Miami, Florida, with the intent to commit a felony affecting such bank, in violation of any statute of the United States, or with the intent to commit larceny in violation of Title 18, United States Code, Section 2113(a).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*[signature]*
TASK FORCE OFFICER ELIO GARCIA
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance with the
requirements of Fed. R. Crim. P. 4.1 by FaceTime
on the __2nd__ day of July, 2020.

*[signature]*
Hon. Alicia M. Otazo-Reyes
UNITED STATES MAGISTRATE JUDGE

4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 1:20-mj-03081-AOR

### BOND RECOMMENDATION

DEFENDANT: CALVIN ANTONIA ROBERSON, JR.

PTD
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: MARIA L. CATALA

Last Known Address: HOMELESS

What Facility:

Agent(s): FBI TFO ELIO GARCIA
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)